IAFRATE & ASSOCIATES
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
David W. Eichman, #019447
miafrate@iafratelaw.com
deichman@iafratelaw.com

Attorneys for **Defendant Timothy Baiardi**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johann Alexander Bass, | NO. CV09-208-PHX-FJM (JRI) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| Timothy Baiardi, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, acting by and through their counsel undersigned, that the claims of Plaintiff JOHANN BASS, may be dismissed with prejudice as to Defendant OFFICER TIMOTHY BAIARDI. Each side shall bear its own costs and attorneys' fees.

**DATED** this _10th_ day of _December_, 2009.

By: _/s/ Johann A. Bass_
Johann Bass

IAFRATE & ASSOCIATES

By: _/s/ Michele M. Iafrate_
Michele M. Iafrate
David W. Eichman
Attorneys for Defendant **Officer Baiardi**

1

**ORIGINAL** of the foregoing E-FILED
this 10th day of December, 2009 with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003

**COPIES** of the foregoing mailed
this 10th day of December, 2009, to:

Honorable Fredrick J. Martone
**U.S. DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 526, SPC 62
Phoenix, Arizona 85003

Honorable Jay R. Irwin
**U.S. DISTRICT COURT**
325 W. 19th Street
Yuma, Arizona 85364

Johann A. Bass, #132275
c/o HCCC, Delta 4307U
304 Ray Sandoval Street
Walsenburg, CO 81089
Plaintiff Pro Se

By: _Jill Lafornaur_